# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARRY L. BATISTE, | Case No. 2:13-cv-01286-APG-VCF |
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION** |
| v. | |
| C. HALL, | |
| Defendant. | |

On August 6, 2013, Magistrate Judge Ferenbach entered his Report and Recommendation [Dkt. #3], recommending that plaintiff Harry Batiste's Application to Proceed in Forma Pauperis [Dkt. #1] be denied without prejudice, and that his Motion to Extend Time to File Complaint [Dkt. #2] be denied. Pursuant to Local Rule IB 3-2, any objections to that Report and Recommendation had to be filed within 14 days thereof. To date, no objections have been filed. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Moreover, because no proposed Complaint was submitted, it was impossible for Judge Ferenbach to screen it. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is accepted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to File Complaint [Dkt. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis [Dkt. #1] is **DENIED** without prejudice against his ability to re-file a proper

application that complies with the relevant statute.  Plaintiff shall have 30 days from the date of this Order to re-file a proper Application to Proceed in Forma Pauperis, and attach thereto a proposed Complaint.  If Plaintiff decides not to proceed in Forma Pauperis, he shall pay the appropriate filing fee and file his Complaint.  If Plaintiff fails to do either of these within 30 days of the date of this Order, this case will be dismissed.

Dated: October 7, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE