1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

HARRY L. BATISTE,

                              Plaintiff,

            v.

C. HALL,

                              Defendant.

Case No. 2:13-cv-01286-APG-VCF

**ORDER DISMISSING CASE**

On October 7, 2013, the Court [Dkt. #4] entered an Order accepting Judge Ferenbach's Report and Recommendation [Dkt. #3], and denying without prejudice Plaintiff's Application to Proceed in Forma Pauperis [Dkt. #1]. That Order afforded Plaintiff 30 days to either pay the appropriate filing fee or re-file a proper Application to Proceed in Forma Pauperis. Plaintiff was warned that his failure to do either of those would result in the case being dismissed. To date, Plaintiff has failed to do either. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice. The Clerk of Court is directed to accept no further filings in this matter.

Dated: November 12, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE